United States District Court
Southern District of Iowa

| | |
|---|---|
| L.K.T. Minor Child; Kylie Chirovaro Mother; Kyle Tjaden Father Plaintiff | Civil Rights Complaint Would The Court Appoint Counsel And Financial Affidavit |
| Boys n Girls Home, and Boys n Girls Home Staff Kelsey; Bre; -Bivens Claim | |

Plaintiff

① _____ my child - unknown address - minor child. ② Kylie Chirover Mother - unknown address; Kyle Tjaden-Father CCF Clarinda, IA 51632

Defendants
① Boys n Girls Home Sioux City, IA
② Staff Kelsey unknown address
③ Staff Bre unknown address
④ A-State Biven Claim


# Affidavit

In support of my petition to proceed without pre payment of Filing Fees I the undersigned states under the penalty perjury that I am a prisoner in Clarinda Correction Facility Clarinda, IA 51632. I have no job. I own no business, I have no money. Every now and then I hope someone send me a little money to buy hygene etc.. I pray the court appoint me a lawyer for my child and the other children.

7/18/2022

I hereby bring this Civil Right complaint, but I first asks this court - Do my four old child have constitutional Rights to be protected against being sexual abused "After" being caught the first time.

I ask this court to take judicial notice of the attached exhibit A. It appears to me that staffs at Boys and Girls Club failed to protect my child "After" they had caught the perpertrator sexually abusing my child. In fact, according to exhibit A they are letting it go on as I write this complaint. I was discussing this inmate Kelvin Scott and he advised me to consult with this court. I note that I am not looking for a single dime. I want help for my child. I feel victimized that I have became to this condition that

I cannot protect my child. I hurt for my child. How is he going to feel as he grows old enough to understand just what happen to him. I feel if we can get him help in the earliest time it will help keep him from traveling in the path I've travel, as well as for the other children as well.

I pray this court proceed accordingly. Would the court appoint counsel.

7-18-2022

```
Kyle Tjaden #6639040
200 N. 16th Street
Clarinda, IA 51632
```

OMAHA NE 680
21 JUL 2022 PM 2 L



"X-RAYED & CLEARED BY U.S.M.S. [signature]"

RECEIVED
JUL 25 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

The Honorable Judge Rebecca Goodgame Ebinger
123 East Walnut Street
DesMoines, IA 50309

NOTICE: This correspondence was mailed from an institution of the Iowa Department of Corrections.

50309-203599